**SOLOMON ROSENGARTEN**
Attorney-at-Law
**1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460**
FAX (718) 627-4456

**Admitted to Practice:**
New York
New Jersey

---

October 9, 2015

Hon. Frederic Block
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Teves Realty v. Terry, et al.
             14 Civ. 03226 (FB)(VMS)

Dear Judge Block:

I am the attorney for the plaintiff in the above-entitled matter.

I am writing this letter in response to Your Honor's Order dated October 8, 2015.  The amended complaint was served on the defendant on May 21, 2015.

I have, on today's date, filed a Request for Certificate of Default.

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten

.