UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Teves Realty, Inc.,
        Plaintiff,

VS                          CV-14-3226(FB)

Karl Terry,

        Defendants.

      Decision by the Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered. For the reasons stated in the Court's Memorandum and Order dated April 29, 2024,

      IT IS ORDERED AND ADJUDGED THAT the court will award prejudgment interest, but with a 50% reduction to $154,331.52 ($91,864 x 0.24 x 7). Adding the principal, Terry's total debt to Teves is $246,195.52. The Court orders foreclosure of the 2010 mortgage and directs a receiver to be appointed and to sell the property at a duly conducted auction, with Teves receiving the aforementioned amount after the sale.

 4-29-2024                                                                  BRENNA MAHONEY
    DATE                                                          CLERK OF THE COURT

                                                                              /S/ Michael Innelli
                                                                              Deputy Clerk